UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
) No. 3:24-CR-116
v. )
) JUDGES CRYTZER/POPLIN
BRANDON KAVANAGH )

## INFORMATION

### COUNT ONE
(Misprision of a Felony)

The United States Attorney charges that, on or about January 14, 2021, in the Eastern District of Tennessee, the defendant,

**BRANDON KAVANAGH,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the offense of sexual exploitation of a child under 18 U.S.C. § 2251(a), did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/ Keith Hollingshead-Cook*
KEITH HOLLINGSHEAD-COOK
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
865.545.4167
TN Bar No.: 030190
Keith.Cook2@usdoj.gov

FILED
2024 NOV -4 AM 10: 07
US DISTRICT COURT
EASTERN DIST. TENN.