# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT ☐ SUPERSEDING    Case Number:
☒ INFORMATION (*Requires AO 455 Waiver of Indictment for Felony Cases*)
☐ RULE 20

USA v. Brandon Kavanagh

☒ Felony    ☐ Class A Misdemeanor (*AO 86A Consent form required at Initial Appearance*)
☐ Misdemeanor (Not Class A)    ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A    ☐ Zone B

Name of Assigned AUSA: Keith Hollingshead-Cook

Matter Sealed:   YES   ☒ NO     Place of Offense: Knox County
☐ Interpreter Required    Language:

Issued:    ☐ WARRANT    ☐ SUMMONS    ☐ WRIT (*Motion to be filed*)

Arresting Agency:    ☐ DEA   ☐ ATF   ☐ USMS   ☐ FBI    Other: HSI

Current Trial Date (*if any*):      before Judge

☐ Criminal Complaint Filed    Case Number:
☐ Defendant on Supervised Release    Case Number:

Related Case/Attorney:

Case Number: 3:22-CR-32      Attorney: Don Bosch, Ann Short

Reason for Related Case Determination: Plea to information will resolve 22-CR-32 as to this def't

Defense Counsel (*if any*): Don Bosch, Ann Short

☐ Federal Defender    ☐ CJA    ☒ Retained

Appointed by Target Letter    Case Number:
Appointed in Pending Indictment    Case Number:

CHARGES: Total number of Counts for this Defendant: 1

Attorney Signature: *K. Hch* (signature)

# CRIMINAL CASE COVER SHEET

Case Number:

USA v. Brandon Kavanagh

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| 18 U.S.C. § 4 | Misprision of a felony | Y | | |